UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
LORI BETTS,                        )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 14-274 S
                                   )
CAROLYN COLVIN, Commissioner       )
Of the Social Security             )
Administration                     )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On May 22, 2015, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R," ECF No. 12) in the above-captioned matter. Magistrate Judge Almond recommended that the Motion for an Order Affirming the Decision of the Commissioner (ECF No. 11) filed by Defendant, the Commissioner of the Social Security Administration ("Commissioner"), be granted, and that Plaintiff Lori Betts' Motion to Reverse Without or, Alternatively, with a Remand for a Rehearing (ECF No. 9) be denied.  As no objection has been filed, this Court accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).  The R&R is hereby ADOPTED, the Commissioner's Motion for an Order Affirming the Decision of the Commissioner is GRANTED, and Plaintiff's

Motion to Reverse Without or, Alternatively, with a Remand for a Rehearing is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: July 30, 2015